**Weinstein & Riley, P.S.**
2001 Western Ave, Ste 400
Seattle, WA 98121
Telephone: 2064931511

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| In re:<br>Felice Y. Wyatt<br>　　　　Debtor.<br><br><br>SSN # XXX-XX-7359 | CHAPTER 13<br>CASE NO. 17-13412<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: David M Siegel
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Prosper Marketplace, Inc., for account # **XX3071**, in the amount of $6,580.36 docketed by the court on **August 29, 2017**, claim number 25.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:　December 20, 2017

　　　　　　　　　　　　　　　　　　　　　　**Weinstein & Riley, P.S.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Devon Gray
　　　　　　　　　　　　　　　　　　　　　　Devon Gray, Supervisor
　　　　　　　　　　　　　　　　　　　　　　Weinstein & Riley, P.S.
　　　　　　　　　　　　　　　　　　　　　　2001 Western Ave, Suite 400
　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98121
　　　　　　　　　　　　　　　　　　　　　　Telephone: (877) 332-3543
　　　　　　　　　　　　　　　　　　　　　　bncmail@w-legal.com
　　　　　　　Representative for:　　　　Prosper Marketplace, Inc.

**Weinstein & Riley, P.S.**
2001 Western Ave, Ste 400
Seattle, WA 98121
Telephone: 2064931511

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In re:
Felice Y. Wyatt
    Debtor.

CHAPTER 13
CASE NO. 17-13412

SSN # XXX-XX-7359

CERTIFICATE OF SERVICE

I, Yiddy Amare, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 25 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on December 20, 2017 to the following parties:

| **Trustee** | **Opposing Counsel** |
|---|---|
| Tom Vaughn | David M Siegel |
| ecf@tvch13.net | davidsiegelbk@gmail.com |

**US Trustee**
USTPRegion11.ES.ECF@usdoj.gov

Dated: December 20, 2017

              /s/ Yiddy Amare
              Yiddy Amare